

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 21, 2010**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| In re: PATRICIA COLLINS and JAMES COLLINS | § § § | Case No. 10-10886 (Chapter 7) |
| US BANK HOME MORTGAGE as mortgage servicer, its successors and/or assigns, Movant | § § § § | |
| vs. | § § | |
| PATRICIA COLLINS and JAMES COLLINS, Debtor and JOHN PATRICK LOWE, Trustee, Respondents | § § § § § § | JUDGE CRAIG A. GARGOTTA |

### AGREED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY REGARDING 1907 HUNTERS TRAIL, ROUND ROCK, TX 78681 PURSUANT TO 11 U.S.C. § 362 FILED BY US BANK HOME MORTGAGE AS MORTGAGE SERVICER

On May 10, 2010, a Motion for Relief from Automatic Stay regarding 1907 HUNTERS TRAIL, ROUND ROCK, TX 78681 pursuant to 11 U.S.C. § 362 (the Motion) was filed by US BANK HOME MORTGAGE as Mortgagee Servicer (hereinafter Movant) in the above referenced case. The Court finds that the Motion was properly served pursuant to the Federal

10-000021-520

and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) - day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed. The Court finds that Debtor is in agreement with the relief requested as evidenced by Counsel's signature below and that no other objection or written response to the Motion has been timely filed by any other party. Due to the failure of any other party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Relief from the Automatic Stay regarding 1907 HUNTERS TRAIL, ROUND ROCK, TX 78681 pursuant to 11 U.S.C. filed by US BANK HOME MORTGAGE as Mortgage Servicer is hereby GRANTED so as to authorize US BANK HOME MORTGAGE as Mortgage Servicer, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its lien upon its lien upon said real property. Further, Movant may contact the Debtor by telephone or written correspondence and, at it option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement regarding said real property, more specifically described below:

LOT 3, BLOCK A, THE HERMITAGE, A SUBDIVISION OF WILLIAMSON COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT OF RECORD IN CABINET D, SLIDES 118-

fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

### ### END OF ORDER###

Approved As to Form and Substance:

_____
AMBER VASQUEZ BODE
State Bar No. 24063225
1004 WEST AVE
AUSTIN, TX 78701
Telephone: (512)220-8507
Facsimile: (512)480-0760
E-mail: amberv@lawyers.com
ATTORNEY FOR DEBTORS


/s/ Michael W. Zientz

_____
Michael W. Zientz
State Bar No. 24003232
Mackie, Wolf & Zientz, P.C.
Pacific Center I, Suite 660
14180 N. Dallas Parkway
Dallas, TX 75254
Telephone: 214-635-2650
Facsimile: 214-635-2686
Mzientz@mwzlawfirm.com

10-000021-520